NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWNALYN WEIGEL,<br><br>            Plaintiff,<br>v.<br><br>GRIFFIN, et al.<br><br>            Defendants. | Civil Action No.: 17-4361 (CCC)(SCM)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Magistrate Judge Steven C. Mannion's Report and Recommendation ("R&R") addressing Plaintiff Shawnalyn Weigel's ("Plaintiff") motion to remand. (ECF No. 2). Plaintiff timely filed an objection to Judge Mannion's R&R on November 15, 2017. The Court decides this matter without oral argument pursuant to Rule 78(b) of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Opinion, the Court **ADOPTS** Judge Mannion's R&R and Plaintiff's motion to remand is **DENIED**.

**Accordingly, IT IS** on this 28 day of February 2018,

**ORDERED** that having thoroughly reviewed Judge Mannion's R&R and Plaintiff's objections to thereto, the Court hereby **ADOPTS** Judge Mannion's R&R in full; and it is further

**ORDERED** that Plaintiff's motion to remand is **DENIED**.

**SO ORDERED.**

                                                                    CLAIRE C. CECCHI, U.S.D.J.